JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      v.                                :

HECTOR MANUEL ESPINOSA,             :
   a/k/a "Bigote,"
                             :
       Defendant.
                             :

- - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

08 CRIM 794

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:  AUG 21 2008

## COUNT ONE

       The Grand Jury charges:

       1.    In or about June 2008, in the Southern District of New York and elsewhere, HECTOR MANUEL ESPINOSA, a/k/a "Bigote," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

       2.    It was a part and an object of the conspiracy that HECTOR MANUEL ESPINOSA, a/k/a "Bigote," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

## OVERT ACTS

       3.    In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and

elsewhere:

      a.   On or about June 24, 2008, HECTOR MANUEL ESPINOSA, a/k/a "Bigote," the defendant, possessed approximately $150,000 in cash in order to purchase approximately eight kilograms of cocaine.

(Title 21, United States Code, Section 846.)

### FORFEITURE ALLEGATION

    4.   As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, HECTOR MANUEL ESPINOSA, a/k/a "Bigote," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

    5.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third person;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value;

or

        e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

HECTOR MANUEL ESPINOSA,
a/k/a "Bigote,"

Defendant.

---

INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A), and 846.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____ Foreperson.